**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE TEACHERS RETIREMENT SYSTEM OF OHIO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES RIVER LABORATORIES INTERNATIONAL, INC., JAMES C. FOSTER, and DAVID R. SMITH,<br><br>　　　　　Defendants. | Honorable Denise J. Casper<br>Case No. 1:23-cv-11132-DJC |

**DECLARATION OF CHARLES S. DUGGAN IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE AMENDED COMPLAINT**

I, Charles S. Duggan, make this declaration pursuant to 28 U.S.C. § 1746. I hereby declare as follows:

1.　　I am a partner at the law firm of Davis Polk & Wardwell LLP, attorneys for Defendants Charles River Laboratories International, Inc. ("Charles River"), James C. Foster, and David R. Smith (collectively, "Defendants"). I am admitted *pro hac vice* to this Court. I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint and to place certain documents before this Court.

2.　　Attached hereto as **Exhibit 1** is a true and correct copy of an August 4, 2021 press release titled "Man Convicted of Lying to Federal Agents During International Wildlife Trafficking Investigation" issued by the United States Attorney's Office for the Southern District of Florida. The press release is available at www.justice.gov/usao-sdfl/pr/man-convicted-lying-federal-agents-during-international-wildlife-trafficking. The Amended Complaint incorporates this press release by reference. *See* Dkt. No. 36 (Amended Complaint) ¶¶ 232-233.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a November 30, 2022, analyst report issued by UBS Securities LLC titled "Charles River: NHP Supply Issues Create Uncertainty Into '23."  The Amended Complaint incorporates this analyst report by reference. *See* Dkt. No. 36 (Amended Complaint) ¶ 329.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of a November 30, 2022 analyst report issued by Stephens Inc. titled "Charles River Laboratories: Some Quick Thoughts and Context Regarding NHPs."  The Amended Complaint incorporates this analyst report by reference.  *See* Dkt. No. 36 (Amended Complaint) ¶ 330.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 15, 2024
New York, New York

By:    /s/ *Charles S. Duggan*
Charles S. Duggan (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
charles.duggan@davispolk.com

2

## CERTIFICATE OF SERVICE

I hereby certify that this motion and the accompanying affidavit, filed through the Court's ECF system, will be sent electronically to the registered participants in this matter on the Notice of Electronic Filing (NEF).

/s/ *Charles S. Duggan*
Charles S. Duggan (admitted *pro hac vice*)