Exhibit 3

# R E S E A R C H   B R I E F

**Stephens**

**November 30, 2022**

**Jacob Johnson, CFA, Analyst**
615-279-4355, jacob.johnson@stephens.com

**Steven Etoch, Associate**

**Hannah Hefley, Associate**

| Changes | Previous | Current |
|---|---|---|
| Rating | -- | Overweight(Vol) |
| Target Price | -- | $280.00 |
| Price: | | $239.50 |
| Fully Diluted Shares Out (mil.): | | 50.88 |
| 52-Week High: | | $381.12 |
| 52-Week Low: | | $181.36 |
| Market Cap (mil.): | | $12,185.4 |
| Fiscal Year End: | | Dec |
| Average Daily Volume: | | 357,999 |
| Float: | | 98.8% |
| Debt/Cap: | | 56.1% |
| Cash/Shr: | | $3.81 |
| Dividend/Yield: | | $0.00/0.0% |
| Book Value/Shr: | | $51.63 |

| EPS | 2021A | 2022E | 2023E |
|---|---|---|---|
| Mar | $1.20A | $1.81A | $1.72 |
| Jun | $1.72A | $2.13A | $2.10 |
| Sep | $2.01A | $1.88A | $2.24 |
| Dec | $2.67A | $2.05 | $2.42 |
| FY | $7.60A | $7.88 | $8.49 |
| P/E | 31.5x | 30.4x | 28.2x |

| Adj. EPS | 2021A | 2022E | 2023E |
|---|---|---|---|
| Mar | $2.53A | $2.75A | $2.38 |
| Jun | $2.61A | $2.77A | $2.76 |
| Sep | $2.70A | $2.63A | $2.89 |
| Dec | $2.49A | $2.71 | $3.07 |
| FY | $10.32A | $10.85 | $11.10 |
| P/E | 23.2x | 22.1x | 21.6x |
| Rev. | $3.54B | $3.91B | $4.13B |

**Charles River** is a leading, full service, non-clinical contract research organization (CRO) with capabilities across Research Models, Drug Discovery, Safety Assessment, and Manufacturing.

# Charles River Laboratories
CRL – NYSE

**Overweight (Volatile)**
**Reason for Report:**   Company Update

## Some Quick Thoughts and Context Regarding NHPs

**INVESTMENT CONCLUSION:**
This morning, CRL released an 8-K with statements regarding CRL's lack of exposure to recent DOJ proceedings. However, the Company also highlighted the potential for NHP exports out of Cambodia to be curtailed by the government there. This has raised concerns around CRL's Safety Assessment segment and the potential for NHP supply issues to weigh on FY23 results, which further supply constrains an already tight SA market. Investors are clearly taking a shoot first mentality with the stock down today. With that said, this is new news to ourselves and the Company, which makes it difficult for us (and it appears the Company) to determine how this plays out. We outline some context and thoughts on the potential impact/offsets below given the inbound questions we are getting.

**KEY POINTS:**
**What Happened?**
• After the market opened and during a competitor conference, CRL released an 8-K where the Company discussed issues surrounding Non-Human Primates (NHPs). CRL was not named/referenced in a DOJ indictment of a Cambodian supplier of NHPs who had been illegally importing them. In addition, CRL does not have any direct supply contracts with the indicated Cambodian supplier. However, CRL did suggest there could be an impact on the export of these models out of Cambodia in the near-term (CRL's largest NHP supplier is located in Cambodia).

**Some Context**.
• CRL had 13,625 NHPs for research purposes in 2021 (according to USDA data). This compares to 12,985 at the end of 2020. If we assume NHPs generate $40 thousand - $60 thousand of revenue/animal, this would imply $545 mil. - $818 mil. of revenue from NHPs in FY22. This would represent ~28% of DSA revenue or ~17% of FY22 revenue.
• CRL said today the majority of their (and the industry's) NHPs come from Cambodia after China stopped exporting in recent years. In 2020, 29,466 NHPs were exported from Cambodia according to data from CITES.
• The U.S. government charged a former Cambodian Forestry Administration Director General as part of the recent DOJ investigation. This seems to have perturbed the Cambodian government where an official promised to "seek justice for our officials" and the government has issued a diplomatic note to the U.S. Embassy requesting clarification and for the release of the official.
• CRL does not believe this will impact near-term results, but it could impact their FY23 outlook.

**See important disclosures and analyst certification on pages 3 - 4 of this report. To access current disclosures for other Stephens Inc. covered companies, clients may refer to https://stephens2.bluematrix.com/sellside/Disclosures.action.**

© 2022 Stephens Inc.

**The Concern**.
- The math investors appear to be running through is: assuming ~20% of CRL revenue is tied to NHPs and that 50% of this could go away if Cambodian supply goes offline, then ~10% of EPS would be at risk and hence we have a stock down 5%-10% today.

**Potential Offsets**.
- **Alternative Supply**. CRL does have other sources outside Cambodia and is working to procure NHPs under different supply arrangements and from other global sources. To the extent, they are able to backfill a portion or all of their NHP needs, then there would be less or limited impact to FY23 expectations. We would note that CRL was able to successfully pivot to sourcing from Cambodia once China exports slowed, so they have been able to navigate this dynamic previously in recent years. Though, if China and Cambodia both restrict exports, this time it would seem to be incrementally more difficult.
- **Pricing**. Given already tight capacity of NHPs (which appears to be getting tighter), CRL has benefited from pricing in 2022. We thought this would again be the case in 2023 and this news suggests we could see even greater pricing power next year, which could help offset any revenue headwinds from limited NHP supply.
- **Nothing Happens**. Perhaps cooler heads prevail, the U.S. and Cambodian governments make nice and exports are unchanged.

---

## APPENDIX A

<div style="border:1px solid black;">

**ANALYST CERTIFICATION**

The analyst primarily responsible for the preparation of the content of this report certifies that (i) all views expressed in this report accurately reflect the analyst's personal views about the subject company and securities, and (ii) no part of the analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the analyst in this report.

</div>

## REQUIRED DISCLOSURES

The research analyst principally responsible for preparation of this report has received compensation that is based on the firm's overall revenue which includes investment banking revenue.

Stephens Inc. maintains a market in the common stock of Charles River Laboratories as of the date of this report and may act as principal in these transactions.

Stephens Inc. expects to receive or intends to seek compensation for investment banking services from Charles River Laboratories in the next three months.



## Valuation Methodology for Charles River Laboratories
We value CRL on a SOTP basis and using EV/EBITDA multiples.

## Risks to Achievement of Target Price for Charles River Laboratories
- **Regulatory Risk**. CRL and its clients work in a market that is heavily regulated by the FDA as well as other foreign government agencies. Should regulatory oversight become more burdensome, it may result in the development of fewer drug candidates and reduced need for CRO services.
- **Exposed to Biotech Customers**. While CRL is profitable and generates cash flows, their business is exposed to providing services to biopharma, which includes companies who may not have revenues and/or have limited cash resources. Should we see the current biotech funding air pocket sustain, this could lead to reduced demand for CRL services. Though, to this point, CRL has seen no evidence this is occurring. In addition, should customers look to insource solution, this could reduce demand for CRL's services.
- **Integration Risk**. CRL has historically been an acquisitive company. Should the Company continue to deploy capital to bring on additional assets, there remains a risk to integrating the acquired companies which could pose a risk to the underlying base business and/or the Company's reputation.
- **COVID Risk**. The emergence of COVID led to closures of public, private and academic labs which delayed the progression of clinical trials and the development of therapies. This impacted the amount of outsourced work for CRL, particularly in the demand for research models. A resurgence in COVID causing similar shutdowns may pose a risk of adversely impacting the demand for and the business operations surrounding CRL's services in the future.
- **Geographic Risk**. CRL operates facilities and sells to customers in a variety of countries. This could expose CRL to geopolitical risk, along with foreign exchange risk.
- **Headline Risk**. CRL's RMS segment includes the breeding and sale of animals for use in drug development. In the past, this has led to some negative attention for CRL which could occur in the future. We would note CRL is committed to the implementation of the "3Rs" initiative (Replacement, Reduction and Refinement) and humane care for these animals.

## Ratings Definitions
OVERWEIGHT (O) - The stock's total return is expected to be greater than the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. EQUAL-WEIGHT (E) - The stock's total return is expected to be equivalent to the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. UNDERWEIGHT (U) - The stock's total return is expected to be less than the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. VOLATILE

(V) - The stock's price volatility is potentially higher than that of the company's industry sector. The company stock ratings may reflect the analyst's subjective assessment of risk factors that could impact the company's business.

## Distribution of Stephens Inc. Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | Percent |
|---|---|---|---|---|
| **BUY [OW]** | 232 | 58.73 | 43 | 18.53 |
| **HOLD [EW]** | 159 | 40.25 | 20 | 12.58 |
| **SELL [UW]** | 4 | 1.01 | 0 | 0.00 |

## OTHER DISCLOSURES

Certain investment programs offered by Stephens to clients sometimes engage in purchases or sales of securities that are consistent or inconsistent with Research Analyst recommendations. These programs are managed on a discretionary basis, or provide investment recommendations, by program managers in the exercise of their independent judgment and analysis. Stephens' directors, officers and employees are allowed to participate in these programs subject to established account minimums and applicable compliance restrictions.

This report has been prepared solely for informative purposes as of its stated date and is not a solicitation, or an offer, to buy or sell any security. It does not purport to be a complete description of the securities, markets or developments referred to in the material. Information included in the report was obtained from internal and external sources which we consider reliable, but we have not independently verified such information and do not guarantee that it is accurate or complete. Such information is believed to be accurate on the date of issuance of the report, and all expressions of opinion apply on the date of issuance of the report. No subsequent publication or distribution of this report shall mean or imply that any such information or opinion remains current at any time after the stated date of the report. We do not undertake to advise you of any changes in any such information or opinion. Additional risk factors as identified by the Subject Company and filed with the Securities and Exchange Commission may be found on EDGAR at www.sec.gov. Prices, yields, and availability are subject to change with the market. Nothing in this report is intended, or should be construed, as legal, accounting, regulatory or tax advice. Any discussion of tax attributes is provided for informational purposes only, and each investor should consult his/her/its own tax advisors regarding any and all tax implications or tax consequences of any investment in securities discussed in this report. From time to time, our research reports may include discussions about potential short-term trading opportunities or market movements that may or may not be consistent with Stephens' long-term investment thesis, rating, or price target. Please note that we provide supplemental news and analysis in Quick Take blogs available to clients on our website. *If applicable, when reading research on Business Development Companies, you should consider carefully the investment objectives, charges, risks, fees and expenses of the investment company before investing. The prospectus, and, if available, the summary prospectus, contain this and other information about the investment company. You can obtain a current prospectus, and, if available, a summary prospectus, by calling your financial consultant. Please read the prospectus, and, if available, the summary prospectus, carefully before investing as it contains information about the previous referenced factors and other important information. Also, please note other reports filed with the Securities and Exchange Commission by the relevant investment company at www.sec.gov.* Please also note that the report may include one or more links to external or third-party websites. Stephens Inc. has not independently verified the information contained on such websites and can provide no assurance as to the reliability of such information, and there can be no assurance that any opinions expressed on such websites reflect the opinions of Stephens Inc. or its management. Additional information available upon request.