**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE TEACHERS RETIREMENT SYSTEM OF OHIO, individually and on behalf of all others similarly situated., <br><br> **Plaintiff,** <br><br> v. <br><br> CHARLES RIVER LABORATORIES INTERNATIONAL, INC., JAMES C FOSTER, AND DAVID R. SMITH, <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**Civil Action No.** 23-11132-DJC

## JUDGMENT

**CASPER, J.**                                                          **July 1, 2024**

For reasons stated in D. 57, judgment for the defendants.

Robert M. Farrell, Clerk
/s/Savannah Cook
Deputy Clerk