**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE TEACHERS RETIREMENT SYSTEM OF OHIO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES RIVER LABORATORIES INTERNATIONAL, INC., JAMES C. FOSTER and DAVID R. SMITH, <br><br> Defendants. | Honorable Denise J. Casper <br><br> Case No. 1:23-CV-11132 <br><br> **<u>NOTICE OF APPEAL</u>** |

PLEASE TAKE NOTICE that Lead Plaintiff State Teachers Retirement System of Ohio ("Lead Plaintiff") hereby appeals to the United States Court of Appeals for the First Circuit from both the Court's Memorandum and Order, dated July 1, 2024 (ECF No. 57), which granted Defendants' Motion to Dismiss (ECF No. 42) Lead Plaintiff's Amended Complaint (ECF No. 36), and the Judgment, dated July 1, 2024 (ECF No. 58).

Dated: July 30, 2024

Respectfully submitted,

/s/    *Frederic S. Fox*
Frederic S. Fox
**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (admitted *pro hac vice*)
Jeffrey P. Campisi (admitted *pro hac vice*)
Brandon Fox (admitted *pro hac vice*)
Carihanna Morrison (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
T: (212) 687-1980
F: (212) 687-7714
ffox@kaplanfox.com
jcampisi@kaplanfox.com
bfox@kaplanfox.com
cmorrison@kaplanfox.com

2

*Lead Counsel for Lead Plaintiff State
Teachers Retirement System of Ohio and the
Proposed Class*

**SHAPIRO HABER & URMY LLP**
Edward F. Haber (BBO# 215620)
Patrick J. Vallely (BBO# 663866)
One Boston Place, Suite 2600
Boston, MA 02108
T: (617) 439-3939
F: (617) 439-0134
ehaber@shulaw.com
pvallely@shulaw.com

*Liaison Counsel for Lead Plaintiff State
Teachers Retirement System of Ohio and the
Proposed Class*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney of record hereby certifies that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants.

Dated: July 30, 2024                    */s/ Frederic S. Fox*

                                        Frederic S. Fox