# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:  Coleman v. Charles River Laboratories International, Inc. et al

District Court Number:  23cv11132-DJC

Fee:    Paid?  Yes __X__  No ____    Government filer ____    *In Forma Pauperis* Yes ____    No ____

Motions Pending    Yes ____ No __X__          Sealed documents    Yes ____ No __X__
*If yes, document #*    _____          *If yes, document #*    _____

*Ex parte* documents    Yes ____ No __X__          Transcripts    Yes __X__ No ____
*If yes, document #*    _____          *If yes, document #*    53 _____

Notice of Appeal filed by: Plaintiff/Petitioner __X__    Defendant/Respondent ____    Other: ____

Appeal from:

## #57 Memorandum and Order, #58 Judgment
Other information:

   I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #57, #58, and #59
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __59____ filed on __July 30, 2024_____.

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on __July 31, 2024___.

**ROBERT M. FARRELL**
Clerk of Court

 /s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**