# United States Court of Appeals
## For the First Circuit

No. 24-1705

STATE TEACHERS RETIREMENT SYSTEM OF OHIO, individually and on behalf of all others similarly situated,

Plaintiff - Appellant

SHARAN COLEMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CHARLES RIVER LABORATORIES INTERNATIONAL, INC.; JAMES C. FOSTER; DAVID R. SMITH,

Defendants - Appellees,

FLAVIA PEASE,

Defendant.

### MANDATE

Entered: September 8, 2025

In accordance with the judgment of August 15, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Denise Jefferson Casper
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Edward F. Haber
Donald R. Hall
Frederic S. Fox
Patrick J. Vallely
Alisa C. Philo
Matthew W.H. Wessler
Jeffrey P. Campisi
Thomas Scott-Railton
Glen DeValerio
Daryl DeValerio Andrews
Robert V. Prongay
David Brendan Toscano
Mara Theophila
Charles Duggan
Luca Marzorati
Theodore Michael Hess-Mahan