**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| STATE TEACHERS RETIREMENT SYSTEM OF OHIO, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:23-cv-11132 |
|  | **CLASS ACTION** |
| Plaintiff, |  |
| v. |  |
| CHARLES RIVER LABORATORIES INTERNATIONAL, INC., JAMES C. FOSTER and DAVID R. SMITH, |  |
| Defendants. |  |

**NOTICE OF MOTION AND MOTION TO WITHDRAW
AND MOTION TO SUBSTITUTE LEAD PLAINTIFF**

PLEASE TAKE NOTICE that before the Honorable Denise J. Casper, at such time as the Court may order, at the John Joseph Moakley U.S. Courthouse at 1 Courthouse Way, Courtroom 11, 5th floor Boston, Massachusetts 02210, under Rules 15, 21 and 23 of the Federal Rules of Civil Procedure and the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a), *et seq*., and the Court's Order dated October 10, 2025 (ECF No. 67), and upon the accompanying Memorandum of Law, and the Declaration of Frederic S. Fox and its attached exhibits, Lead Plaintiff State Teachers Retirement System of Ohio ("STRS Ohio") will and hereby does move this Court for an order allowing STRS Ohio to withdraw as Lead Plaintiff, and the Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") will and hereby does move this Court for an order appointing it as the substitute Lead Plaintiff and approving Oklahoma Firefighters' choice of the law firms of Kaplan Fox & Kilsheimer LLP and Saxena White P.A. to serve as Co-Lead Counsel.

Dated: October 16, 2025

Respectfully submitted,

*/s/ Frederic S. Fox*
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall (*pro hac vice* forthcoming)
Jeffrey P. Campisi (admitted *pro hac vice*)
**Kaplan Fox & Kilsheimer LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
T: (212) 687-1980
F: (212) 687-7714
ffox@kaplanfox.com
dhall@kaplanfox.com
jcampisi@kaplanfox.com

*Lead Counsel for Lead Plaintiff State Teachers Retirement System of Ohio and Proposed Co-Lead Counsel for Oklahoma Firefighters and the Proposed Class*

Steven B. Singer (*pro hac vice* forthcoming)
**Saxena White P.A.**

10 Bank Street, 8th Floor
White Plains, NY 10606
T: (914) 437-8551
F: (888) 631-3611
ssinger@saxenawhite.com

*Proposed Co-Lead Counsel for Oklahoma
Firefighters and the Proposed Class*

Edward F. Haber (BBO# 215620)
Patrick J. Vallely (BBO# 663866)
**Shapiro Haber & Urmy LLP**
One Boston Place, Suite 2600
Boston, MA 02108
T: (617) 439-3939
F: (617) 439-0134
ehaber@shulaw.com
pvallely@shulaw.com
ndill@shulaw.com

*Liaison Counsel*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 16, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2025                        */s/ Frederic S. Fox*
                                                 Frederic S. Fox

3