**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STATE TEACHERS RETIREMENT SYSTEM OF OHIO, Individually and on Behalf of All Others Similarly Situated, | Case No.: 1:23-cv-11132 |
| Plaintiff, | **CLASS ACTION** |
| v. | |
| CHARLES RIVER LABORATORIES INTERNATIONAL, INC., JAMES C. FOSTER and DAVID R. SMITH, | |
| Defendants. | |

**DECLARATION OF FREDERIC S. FOX IN SUPPORT OF LEAD PLAINTIFF'S
MOTION TO WITHDRAW AND MOTION TO SUBSTITUTE LEAD PLAINTIFF**

I, Frederic S. Fox, declare the following:

1.       I am a partner of the law firm of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox"), court-appointed lead counsel for the lead plaintiff and the proposed class in the above-captioned action. I am a member of the bar of the State of New York and I am in good standing, and I am admitted to this Court *pro hac vice*.

2.       I respectfully submit this Declaration in Support of Lead Plaintiff's Motion to Withdraw and Motion to Substitute Lead Plaintiff.

3.       I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

4.       Attached hereto are true and correct copies of the following documents:

**Exhibit A:** Oklahoma Firefighters Pension and Retirement System's Certification and Authorization, dated October 15, 2025.

**Exhibit B:** Chart reflecting Oklahoma Firefighters Pension and Retirement System's estimated losses in Charles River Laboratories International, Inc. securities during the period November 30, 2022 through March 15, 2023, prepared by counsel.

**Exhibit C:**  Firm resume of Kaplan Fox & Kilsheimer LLP.

**Exhibit D:** Firm resume of Saxena White P.A.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Dated: October 16, 2025                                     */s/ Frederic S. Fox*
                                                                    Frederic S. Fox

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 16, 2025 I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 16, 2025

*/s/ Frederic S. Fox*

Frederic S. Fox

2