# EXHIBIT A

## CERTIFICATION AND AUTHORIZATION

I, Chase Rankin, on behalf of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters"), hereby certify, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the Amended Class Action Complaint filed against Charles River Laboratories International, Inc. ("Charles River") alleging violations of the federal securities laws. I am authorized in my capacity as Executive Director of Oklahoma Firefighters to execute this Certification on behalf of Oklahoma Firefighters. Oklahoma Firefighters has authorized the filing of a motion and related documentation for Oklahoma Firefighters to be substituted as a lead plaintiff and/or class representative in this action and any related action.   Oklahoma Firefighters understands that, as a result of the decision of the U.S. Court of Appeals for the First Circuit in this action, the claims are limited to the period from November 30, 2022 through March 15, 2023 (the "Class Period").

2.      Oklahoma Firefighters did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3.      Oklahoma Firefighters is willing to serve as a lead plaintiff and/or representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4.      Oklahoma Firefighters' transactions in Charles River securities during the Class Period are set forth in the attached Schedule A.

5.      Oklahoma Firefighters has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Okla. Firefighters Pension & Ret. Sys. v. Integral Ad Science Holding Corp.*, No. 1:25-cv-0847 (S.D.N.Y.);

*Steamfitters Local 449 Pension & Ret. Sec. Funds v. Extreme Networks, Inc.*, No. 3:24-cv-5102 (N.D. Cal.);

*Glazing Emps. & Glaziers' Union Local #27 Pension & Ret. Fund v. iRhythm Techs., Inc.*, No. 3:24-cv-0706 (N.D. Cal.);

*City of Hollywood Firefighters Pension Fund v. Atlassian Corp.*, No. 3:23-cv-0519 (N.D. Cal.);

*In re Mobileye Global Inc. Sec. Litig.*, No. 1:24-cv-0310 (S.D.N.Y.) (additional named plaintiff); and

*In re FMC Corp. Sec. Litig.*, No. 2:23-cv-4398 (E.D. Pa.) (additional named plaintiff).

1

6. Oklahoma Firefighters has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

*Okla. Firefighters Pension & Ret. Sys. v. Fortinet, Inc.*, No. 25-cv-8037 (N.D. Cal.);

*Vazquez v. Masimo Corp.*, No. 3:23-cv-1546 (S.D. Cal.); and

*Ryan v. FIGS, Inc.*, No. 2:22-cv-7939 (C.D. Cal.).

7. Oklahoma Firefighters will not accept any payment for serving as a representative party on behalf of the Class beyond Oklahoma Firefighters' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____15th____ day of October, 2025.

*Oklahoma Firefighters Pension and
Retirement System*

Chase Rankin, Executive Director

2

## SCHEDULE A
### Oklahoma Firefighters Pension and Retirement System
### Transactions in Charles River Laboratories International, Inc.

| Common Stock Purchases | | |
|---|---|---|
| Date | Shares | Price |
| 01/23/23 | 513 | $250.3149 |
| 01/23/23 | 1,930 | $251.5544 |
| 01/24/23 | 238 | $248.1842 |
| 01/24/23 | 256 | $247.0504 |
| 01/25/23 | 521 | $239.8601 |
| 02/02/23 | 520 | $258.6046 |
| 02/09/23 | 501 | $255.9584 |
| 02/13/23 | 25 | $248.5637 |
| 02/13/23 | 545 | $252.2602 |
| 02/14/23 | 282 | $253.3569 |
| 02/14/23 | 705 | $251.8396 |
| 02/17/23 | 978 | $250.5574 |
| 02/22/23 | 1,879 | $215.3281 |

| Common Stock Sales | | |
|---|---|---|
| Date | Shares | Price |
| 02/10/23 | 516 | $243.2098 |
| 02/16/23 | 952 | $253.0300 |
| 02/24/23 | 1,256 | $218.1297 |
| 02/24/23 | 217 | $215.4132 |

3