# EXHIBIT B

**Exhibit B**

## Oklahoma Firefighters Pension & Retirement System

### Estimated FIFO Losses in Charles River Laboratories International, Inc. (NYSE: CRL) - Period: 11/30/2022 - 3/15/2023

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **CHARLES RIVER LABORATORIES INTERNATIONAL, INC.** | | | | | | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | 159864107 | Holdings | as of 11/29/2022 | 27,480 | | | |
| | | | | *27,480* | | | |
| | | | | | | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | SELL | 2/10/2023 | (516) | $243.21 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | SELL | 2/16/2023 | (952) | $253.03 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | SELL | 2/24/2023 | (217) | $215.41 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | SELL | 2/24/2023 | (1,256) | $218.13 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | SELL** | 4/3/2023 | (649) | $200.26 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | SELL** | 4/3/2023 | (155) | $200.26 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | SELL** | 4/24/2023 | (240) | $203.83 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | SELL** | 4/25/2023 | (1,544) | $198.55 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | SELL** | 5/2/2023 | (985) | $196.95 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | SELL** | 5/9/2023 | (984) | $196.02 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | SELL** | 5/12/2023 | (984) | $195.66 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | SELL** | 5/19/2023 | (3,815) | $198.97 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | SELL** | 5/22/2023 | (1,940) | $201.34 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | SELL** | 5/23/2023 | (805) | $203.16 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | 159864107 | Retained* | | (12,438) | $196.68 | | |
| | | | | *(27,480)* | | | |
| | | | | | | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | BUY | 1/23/2023 | 513 | $250.31 | $128,411.54 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | BUY | 1/23/2023 | 1,930 | $251.55 | $485,499.99 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | BUY | 1/24/2023 | 238 | $248.18 | $59,067.84 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | BUY | 1/24/2023 | 256 | $247.05 | $63,244.90 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | BUY | 1/25/2023 | 521 | $239.86 | $124,967.11 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | BUY | 2/2/2023 | 520 | $258.60 | $134,474.39 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | BUY | 2/9/2023 | 501 | $255.96 | $128,235.16 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | BUY | 2/13/2023 | 25 | $248.56 | $6,214.09 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | BUY | 2/13/2023 | 545 | $252.26 | $137,481.81 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | BUY | 2/14/2023 | 282 | $253.36 | $71,446.65 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | BUY | 2/14/2023 | 705 | $251.84 | $177,546.92 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | BUY | 2/17/2023 | 978 | $250.56 | $245,045.14 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01' | 159864107 | BUY | 2/22/2023 | 1,879 | $215.33 | $404,601.50 | |
| | | | | *8,893* | | *$2,166,237.04* | |
| | | | | | | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | 159864107 | Retained* | | (8,893) | $196.68 | ($1,749,075.24) | |
| | | | | *(8,893)* | | *($1,749,075.24)* | **$417,161.80** |

*indicates average closing price from 3/16/2023 through 6/13/2023 (90-day lookback period)

** indicates the higher of the sale price on sale date or the average closing stock price from the end of the class period to sale date

## Oklahoma Firefighters Pension & Retirement System

### Estimated LIFO Losses in Charles River Laboratories International, Inc. (NYSE: CRL) - Period: 11/30/2022 - 3/15/2023

| SECURITY NAME | CUSIP | TRANSACTION TYPE | TRADE DATE | SHARES | PRICE PER SHARE | COSTS or (PROCEEDS) | ESTIMATED LOSSES or (PROFIT) |
|---|---|---|---|---|---|---|---|
| **CHARLES RIVER LABORATORIES INTERNATIONAL, INC.** | | | | | | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | 159864107 | Holdings | as of 11/29/2022 | 27,480 | | | |
| | | | | 27,480 | | | |
| | | | | | | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL** | 5/19/2023 | (3,404) | $198.97 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL** | 5/22/2023 | (1,940) | $201.34 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL** | 5/23/2023 | (805) | $203.16 | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | 159864107 | Retained* | | (21,331) | $196.68 | | |
| | | | | (27,480) | | | |
| | | | | | | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | BUY | 1/23/2023 | 513 | $250.31 | $128,411.54 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | BUY | 1/23/2023 | 1,930 | $251.55 | $485,499.99 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | BUY | 1/24/2023 | 238 | $248.18 | $59,067.84 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | BUY | 1/24/2023 | 256 | $247.05 | $63,244.90 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | BUY | 1/25/2023 | 521 | $239.86 | $124,967.11 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | BUY | 2/2/2023 | 520 | $258.60 | $134,474.39 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | BUY | 2/9/2023 | 501 | $255.96 | $128,235.16 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | BUY | 2/13/2023 | 25 | $248.56 | $6,214.09 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | BUY | 2/13/2023 | 545 | $252.26 | $137,481.81 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | BUY | 2/14/2023 | 282 | $253.36 | $71,446.65 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | BUY | 2/14/2023 | 705 | $251.84 | $177,546.92 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | BUY | 2/17/2023 | 978 | $250.56 | $245,045.14 | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | BUY | 2/22/2023 | 1,879 | $215.33 | $404,601.50 | |
| | | | | 8,893 | | $2,166,237.04 | |
| | | | | | | | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL | 2/10/2023 | (516) | $243.21 | ($125,496.26) | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL | 2/16/2023 | (952) | $253.03 | ($240,884.56) | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL | 2/24/2023 | (217) | $215.41 | ($46,744.66) | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL | 2/24/2023 | (1,256) | $218.13 | ($273,970.90) | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL** | 4/3/2023 | (649) | $200.26 | ($129,968.74) | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL** | 4/3/2023 | (155) | $200.26 | ($31,040.30) | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL** | 4/24/2023 | (240) | $203.83 | ($48,919.20) | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL** | 4/25/2023 | (1,544) | $198.55 | ($306,562.28) | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL** | 5/2/2023 | (985) | $196.95 | ($193,996.05) | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL** | 5/9/2023 | (984) | $196.02 | ($192,887.52) | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL** | 5/12/2023 | (984) | $195.66 | ($192,532.79) | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | '159864107 | SELL** | 5/19/2023 | (411) | $198.97 | ($81,778.52) | |
| CHARLES RIVER LABORATORIES COMMON STOCK USD.01 | 159864107 | Retained* | | 0 | $196.68 | $0.00 | |
| | | | | (8,893) | | ($1,864,781.77) | $301,455.27 |

*indicates average closing price from 3/16/2023 through 6/13/2023 (90-day lookback period)
** indicates the higher of the sale price on sale date or the average closing stock price from the end of the class period to sale date